# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

| | |
|---|---|
| SUSAN KENNEDY, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *    No. 2:11-cv-00215-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * |
| Social Security Administration, | * |
| | * |
| Defendant. | * |

## ORDER

For good cause shown, Plaintiff's Motion to Dismiss Without Prejudice (Doc. No. 5) is GRANTED.

IT IS SO ORDERED this 11th day of January, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE