# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| SUSAN KENNEDY, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 2:11-cv-00215-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * |
| Social Security Administration, | * |
| | * |
| Defendant. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED without prejudice.

IT IS SO ORDERED this 11th day of January, 2012.

_____

JOE J. VOLPE

UNITED STATES MAGISTRATE JUDGE